FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:17-cr-174T36MAP

JASON JEROME SPRINGER

18 U.S.C. § 115(a)(1)(B)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 27, 2017, in the Middle District of Florida, the defendant,

JASON JEROME SPRINGER,

threatened to assault and murder a United States judge, that is a United States District Judge for the Middle District of Florida, Tampa Division, with the intent to retaliate against such judge on account of the performance of her official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

## **FORFEITURE**

1.  The allegations contained in Count One are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 115(a)(1)(B), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any and all of his right, title and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

3.  If any property subject to the forfeiture provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*[signature]*
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: *[signature]*
Daniel George
Assistant United States Attorney

By: *[signature]*
Simon A. Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JASON JEROME SPRINGER

## INDICTMENT

Violations:

18 U.S.C. § 115(a)(1)(B)

A true bill,

_____
Foreperson

Filed in open court this 19th day

of April 2017.

_____
Clerk

Bail $_____