# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JASON JEROME SPRINGER

NOTICE OF HEARING

CASE NO. 8:17-cr-174-T-36MAP

TYPE OF CASE:

[ ] **CIVIL** [X] **CRIMINAL**

[ X ] TAKE NOTICE: a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:

UNITED STATES COURTHOUSE
801 North Florida Avenue
Tampa, Florida 33602

COURTROOM 11B
Magistrate Judge Mark A. Pizzo
DATE AND TIME:
**MAY 1, 2017 AT 11:00 AM**

TYPE OF PROCEEDING: INITIAL APPEARANCE / ARRAIGNMENT

[ ] TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Same as above | N/A | |

ELIZABETH WARREN
ACTING CLERK OF COURT
E. Calderon
(BY) DEPUTY CLERK

4/20/17
DATE

TO: United States Attorney
United States Marshal
Pre-Trial Services
Defendant

**PLEASE NOTE**: Photo I.D. is required to enter the United States Courthouse. Also, cellular telephones and laptop computers are prohibited in the Courthouse.