UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No.: 8:17-cr-174-T-36MAP

JASON JEROME SPRINGER
______________________________________/

**ORDER**

This matter comes before the Court *sua sponte*. Pursuant to 28 U.S.C. §455(a), the undersigned finds that she must recuse herself so as to avoid even the appearance of partiality or impropriety.

Accordingly, it is therefore ORDERED that the undersigned hereby disqualifies herself from these proceedings, pursuant to 28 U.S.C. §455(a). The Clerk shall reassign this case to the next available District Judge.

**DONE AND ORDERED** in Tampa, Florida on April 20, 2017.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

Copies to:
United States Magistrate Judge
Counsel of Record
Unrepresented parties
Intake
MAGCD
DCCD