UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,           CASE NO: 8:17-cr-00174-JDW-MAP-1
        Plaintiff,
vs.
JASON JEROME SPRINGER,
        Defendant.
_____/

## MOTION TO ALTER CONDITIONS OF CONFINEMENT

**COMES NOW** the Defendant, JASON JEROME SPRINGER, by and through his undersigned attorney and moves this Honorable Court to alter the conditions of his confinement, specifically his being in solitary confinement while in pretrial detention and alleges:

1. Defendant is awaiting trial in the above cause.
2. Defendant has been placed in solitary confinement at the Hernando County Jail at the request of the U.S. Marshal's Office.
3. Said solitary confinement is unjustified, cruel, and unusual and a hindrance to the Defendant's ability to assist his attorney in the preparation of his defense.
4. Defendant request a hearing on this matter.

## MEMORANDUM OF LAW

Pretrial detainees enjoy the protections afforded by the Due Process Clause of the Fourteenth Amendment, which ensures that no state shall "deprive any person of life, liberty or property, without due process of law."

**WHEREFORE**, the Defendant prays this motion be granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the OFFICE OF THE UNITED STATES ATTORNEY, on the 28th day of April, 2017.

*/s/ Daniel M. Hernandez*
DANIEL M. HERNANDEZ, ESQ.
DANIEL M. HERNANDEZ, P.A.
902 N. Armenia Avenue
Tampa, Florida   33609
(813) 875-9694
Email:dmhernandezlaw51@gmail.com
Attorney for Defendant
Florida Bar Number 229733