# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:17-cr-174-T-27MAP | **DATE:** August 22, 2017 |
| **HONORABLE JAMES D. WHITTEMORE** | **INTERPRETER:** N/A |
| | **LANGUAGE:** |
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **JASON JEROME SPRINGER** (Custody) | **GOVERNMENT'S COUNSEL:** <br> Daniel George, AUSA and <br> Carlton C. Gammons, AUSA <br><br> **DEFENDANT'S COUNSEL:** <br> Daniel M. Hernandez, CJA |
| **COURT REPORTER:** Lynann Nicely | **COURTROOM:** 13B |
| **TIME:** 9:08 A.M. – 11:52 P.M. & 1:17 P.M. – 4:33 P.M. | **TOTAL:** 6 Hours |
| **DEPUTY CLERK:** Charmaine A. Black | |

## PROCEEDINGS: JURY TRIAL CONTINUED (DAY 2)

9:08    Court in session.

9:35    Direct examination of Zachary Self resumes. Cross examination. Witness is excused.

9:42    Government's witness: Garrett Cross is sworn and testifies. Direct examination. Witness identifies the defendant.

~ Sidebar ~

Cross examination. Witness may be recalled.

~ Sidebar ~

10:15    Government's witness: Chasity Cross is sworn and testifies. Direct examination. Witness identifies the defendant. Cross examination. Witness is excused.

10:29    Government's witness: Michael Donovan is sworn and testifies. Direct examination. Witness identifies the defendant. Admitted exhibits: 24.1 and 24.1T.

~ Jury Comfort Break ~

~ Sidebar ~

Court informs the defendant, outside the presence of the jury, that he had been observed communicating with the witness Garrett Cross during the sidebar conference and warns the defendant that he is on the verge of being held in contempt.

~ Short Break ~

11:00    Direct examination of Michael Donovan resumes. Exhibit 24.1 Audiotape is played. Admitted exhibits: 24.2; 24.2T; 24.3; and 24.3T. Cross examination. Witness is excused.

| 11:17 | Government's witness: Christine McCoy is sworn and testifies. Direct examination. Witness is excused. |
|---|---|
| 11:20 | Government's (in custody) witness: Michael Taylor (a.k.a. "Big Worm") is sworn and testifies. Direct examination. Witness identifies the defendant. Cross examination. Redirect. Witness is excused. |

~ 11:52 Lunch Break ~

| 1:17 | Proceedings resume.<br>Government's (in custody) witness: Traveous Anderson (a.k.a. "Chop") is sworn and testifies. Direct examination. Witness identifies the defendant. Cross examination. Redirect. Witness is excused. |
|---|---|
| 1:45 | Government's (in custody) witness: Daniel White (a.k.a. "R.D.") is sworn and testifies. Direct examination. Witness identifies the defendant. Cross examination. Redirect. Witness is excused. |
| 2:02 | Government's witness: Marc Cognetti is sworn and testifies. Direct examination. Cross examination. |
| 2:14 | Government's witness: Phillip Antonio is sworn and testifies. Direct examination. Cross examination. Witness is excused. |

~ Sidebar ~
~Jury Comfort Break~

| 2:22 | Discussions on the Government's motion *in limine* are held.<br>The Court renders its rulings on the record.<br>Government proffers Judge Kovachevich's testimony. |
|---|---|

~ Short Break ~

| 3:28 | Proceedings resume.<br>For reasons stated on the record, the Court overrules the Defendant's objection and finds that what the Deputy Marshal communicated to Judge Kovachevich does not constitute hearsay, because it is not being offered for the truth of the matter asserted. Therefore, Judge Kovachevich is free to explain what she did in reaction to that information. |
|---|---|
| 3:40 | Government's witness: Elizabeth J. Kovachevich is sworn and testifies. Direct examination. Cross examination. Redirect. Witness is excused. |
| 4:21 | Government's witness: Brett Velicovich is sworn and testifies. Direct examination. |

~ Sidebar ~
Defense objection based on relevance is overruled.

| 4:33 | The Court excuses the jury for the evening and instructs them to return tomorrow, Wednesday, August 23, 2017, at 10:00 A.M.<br>Court adjourned. |
|---|---|