# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: 8:17-cr-174-T-27MAP | DATE: August 23, 2017 |
|---|---|
| **HONORABLE JAMES D. WHITTEMORE** | INTERPRETER: N/A |
| | LANGUAGE: |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON JEROME SPRINGER (Custody) | GOVERNMENT'S COUNSEL:<br>Daniel George, AUSA and<br>Carlton C. Gammons, AUSA<br><br>DEFENDANT'S COUNSEL:<br>Daniel M. Hernandez, CJA |
| COURT REPORTERS: Sharon Miller & Lynann Nicely | COURTROOM: 13B |
| TIME: 10:04 A.M. – 11:45 A.M. & 1:17 P.M. – 3:51 P.M. | TOTAL: 4 Hours, 15 Minutes |
| DEPUTY CLERK: Charmaine A. Black | |

### PROCEEDINGS: JURY TRIAL CONTINUED (DAY 3)

10:04      Court in session.

10:06      Government's witness: William Tidwell is sworn and testifies. Direct examination. Admitted Government's Exhibits: 19; 19A-D; 20; and 20A-F.
No cross. Witness is excused.

10:37      Government's witness: Thomas Pietrowicz is sworn and testifies. Direct examination. Cross examination. Witness is excused.

10:47      Government's witness: Zachary Self is recalled to the stand. Witness has been previously sworn. Admitted Government's Exhibits: 12.2; 12.2T; 12.1; and 12.1T.

~ Sidebar ~

Admitted Government's Exhibits: 25; 11; 11T; 15; and 21A-E.

11:37      Court instructs jury regarding testimony relating to Defendant's alleged sympathies for ISIS. Admitted Government's Exhibits: 10; 10T; 18.1; 18.1T; 18.2; 18.2T; 18.3; and 18.3T.

~ 11:45 Lunch Break ~

| | |
|---|---|
| 1:17 | Proceedings resume.<br>Government's Exhibits 11 and 10 (audio recordings) are played.<br>Direct examination of Zachary Self resumes.<br>Cross examination.<br>Defendant's Exhibit 1: Defendant's Facebook record is admitted into evidence. |

~ Sidebar ~

No redirect.  Witness is excused.
Government rests.

~ Sidebar ~
~ Jury Comfort Break ~

Court hears arguments from counsel.
Defendant's motion for judgment of acquittal as to each Count is Denied.
Defense Counsel states that the defendant will testify, but before he does, the Defense wishes to recall Garrett Cross.

| | |
|---|---|
| 2:22 | Garrett Dale Cross is recalled to the stand as a witness for the Defense.  Witness has been previously sworn.  Witness identifies the defendant.  No cross.  Witness is excused. |
| 2:26 | Defendant Jason Jerome Springer takes the stand, is sworn and testifies.  Direct examination by Mr. Hernandez. |
| 2:36 | Cross examination by Mr. George. |
| 2:52 | Redirect.  Witness is excused.<br>Defense rests. |
| 2:59 | The Court excuses the jury for the evening and instructs them to return tomorrow, Thursday, August 24, 2017, at 9:30 A.M. |
| | Charge conference conducted. |
| 3:51 | Court adjourned. |