UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  Case No. 8:17-cr-174-T-27MAP

    Plaintiff, ☐
    Government ☒

☐ Evidentiary
☒ Trial
☐ Other

v.

JASON JEROME SPRINGER

    Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 08/21/17 | 08/21/17 | Mark Stepp | Shooters World Firearm Rental Form |
| 2 | 08/21/17 | 08/21/17 | Mark Stepp | Shooters World Liability Waiver in the name of Jason Jerome Springer |
| 3 | 08/21/17 | 08/21/17 | Mark Stepp | Shooters World Liability Waiver in the name of Tugba Tokatlioglu |
| 4 | 08/21/17 | 08/21/17 | Mark Stepp | Shooters World Liability Waiver in the name of Garrett Dale Cross |
| 5A | 08/21/17 | 08/21/17 | Mark Stepp | Surveillance video with starting time stamp 17:31 |
| 5B | 08/21/17 | 08/21/17 | Mark Stepp | Surveillance video with starting time stamp 17:41 |
| 5C | 08/21/17 | 08/21/17 | Mark Stepp | Surveillance video with starting time stamp 18:16 |
| 5D | 08/21/17 | 08/21/17 | Mark Stepp | Surveillance video with starting time stamp 18:44 |
| 5E | 08/21/17 | 08/21/17 | Mark Stepp | Surveillance video with starting time stamp 19:08 |

# EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 5F | 08/21/17 | 08/21/17 | Mark Stepp | Surveillance video of person firing gun |
| 5G | 08/21/17 | 08/21/17 | Mark Stepp | Surveillance video screen captures |
| 6 | 08/21/17 | 08/21/17 | Mark Stepp | Photo of Glock rental firearm |
| 7A | 08/21/17 | 08/21/17 | -------------- | Certified document from Middle District of Florida Case No. 8:16-cr-541 – Docket Sheet |
| 7B | 08/21/17 | 08/21/17 | -------------- | Certified document from Middle District of Florida Case No. 8:16-cr-541 – Order of Detention |
| 7C | 08/21/17 | 08/21/17 | -------------- | Certified document from Middle District of Florida Case No. 8:16-cr-541 – Information |
| 7D | 08/21/17 | 08/21/17 | -------------- | Certified documents from Middle District of Florida Case No. 8:16-cr-541 – Superseding Indictment |
| 7E | 08/21/17 | 08/21/17 | -------------- | Certified document from Middle District of Florida Case No. 8:16-cr-541 – April Trial Calendar |
| 7F | 08/21/17 | 08/21/17 | -------------- | Certified document from Middle District of Florida Case No. 8:16-cr-541 – Change of Plea Minutes |
| 8 | 08/21/17 | 08/21/17 | Zachary Self | Garrett Cross trial subpoena from Middle District of Florida Case No. 8:16-cr-541 |
| 9 | 08/21/17 | 08/21/17 | Zachary Self | Chasity Cross trial subpoena from Middle District of Florida Case No. 8:16-cr-541 |
| 10 | 08/23/17 | 08/23/17 | Zachary Self | Clip of January 4, 2017 recorded jail call from Pinellas County Jail |
| 10T | 08/23/17 | 08/23/17 | Zachary Self | Transcript of clip of January 4, 2017 recorded jail call from Pinellas County Jail |
| 11 | 08/23/17 | 08/23/17 | Zachary Self | December 19, 2016 recorded jail call from Pinellas County Jail |
| 11T | 08/23/17 | 08/23/17 | Zachary Self | Transcript of December 19, 2016 recorded jail call from Pinellas County Jail |
| 12.1 | 08/23/17 | 08/23/17 | Zachary Self | Clip #1 of January 23, 2017 recorded jail call from Pinellas County Jail |
| 12.1T | 08/23/17 | 08/23/17 | Zachary Self | Transcript of clip #1 of January 23, 2017 recorded jail call from Pinellas County Jail |
| 12.2 | 08/23/17 | 08/23/17 | Zachary Self | Clip #2 of January 23, 2017 recorded jail call from Pinellas County Jail |

# EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 12.2T | 08/23/17 | 08/23/17 | Zachary Self | Transcript of clip #2 of January 23, 2017 recorded jail call from Pinellas County Jail |
| 13 | 08/21/17 | 08/21/17 | Cliff Faulkingham | April 5, 2017 recorded jail call from Hernando County Jail |
| 13T | 08/21/17 | 08/21/17 | Zachary Self | Transcript of April 5, 2017 recorded jail call from Hernando County Jail |
| 14 | 08/21/17 | 08/21/17 | Cliff Faulkingham | April 6, 2017 recorded jail call from Hernando County Jail |
| 14T | 08/21/17 | 08/21/17 | Zachary Self | Transcript of April 6, 2017 recorded jail call from Hernando County Jail |
| 15 | 08/23/17 | 08/23/17 | Zachary Self | Executive Order 13769 |
| 16 | 08/22/17 | 08/22/17 | Phillip Antonio | Pictures of Quran and "Notes" pages |
| 17 | 08/21/17 | 08/21/17 | --------------- | Certified documents from Middle District of Florida Case No. 8:12-cr-205 (Harris) |
| 18.1 | 08/23/17 | 08/23/17 | Zachary Self | Clip #1 of audio of March 7, 2017 interview |
| 18.1T | 08/23/17 | 08/23/17 | Zachary Self | Transcript of clip #1 March 7, 2017 interview |
| 18.2 | 08/23/17 | 08/23/17 | Zachary Self | Clip #2 of audio of March 7, 2017 interview |
| 18.2T | 08/23/17 | 08/23/17 | Zachary Self | Transcript of clip #2 March 7, 2017 interview |
| 18.3 | 08/23/17 | 08/23/17 | Zachary Self | Clip #3 of audio of March 7, 2017 interview |
| 18.3T | 08/23/17 | 08/23/17 | Zachary Self | Transcript of clip #3 March 7, 2017 interview |
| 19 | 08/21/17 08/23/17 | 08/23/17 | Zachary Self William Tidwell | Extraction report from iPhone assigned telephone number 813-947-0709 |
| 19A | 08/23/17 | 08/23/17 | William Tidwell | Phone call log from iPhone assigned telephone number 813-947-0709 |
| 19B | 08/23/17 | 08/23/17 | William Tidwell | Phone call log from iPhone assigned telephone number 813-947-0709 between April 5 and April 10 |
| 19C | 08/23/17 | 08/23/17 | William Tidwell | Select call records extracted from iPhone assigned telephone number 813-947-0709 |
| 19D | 08/23/17 | 08/23/17 | William Tidwell | Select contacts extracted from iPhone assigned telephone number 813-947-0709 |

# EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 20 | 08/21/17 08/23/17 | 08/23/17 | Zachary Self William Tidwell | Extraction report from iPhone assigned telephone number 813-947-0127 |
| 20A | 08/23/17 | 08/23/17 | William Tidwell | Report details of certain image files from iPhone assigned telephone number 813-947-0127 |
| 20B | 08/23/17 | 08/23/17 | William Tidwell | Image 60 extracted from iPhone assigned telephone number 813-947-0127 |
| 20C | 08/23/17 | 08/23/17 | William Tidwell | Image 115 extracted from iPhone assigned telephone number 813-947-0127 |
| 20D | 08/23/17 | 08/23/17 | William Tidwell | Image 35 extracted from iPhone assigned telephone number 813-947-0127 |
| 20E | 08/23/17 | 08/23/17 | William Tidwell | Image 41 extracted from iPhone assigned telephone number 813-947-0127 |
| 20F | 08/23/17 | 08/23/17 | William Tidwell | Image 647 extracted from iPhone assigned telephone number 813-947-0127 |
| 21A | 08/21/17 | 08/23/17 | Zachary Self | Facebook Account Information |
| 21B | 08/23/17 | 08/23/17 | Zachary Self | November 12 Facebook Post |
| 21C | 08/23/17 | 08/23/17 | Zachary Self | November 16 Facebook Post - Comment |
| 21D | 08/23/17 | 08/23/17 | Zachary Self | November 17 Facebook Posts – Comments |
| 21E | 08/23/17 | 08/23/17 | Zachary Self | November 17 Facebook Post – Image |
| 22 | 08/21/17 | 08/21/17 | --------------- | Telephone toll records for telephone number 813-947-0709 |
| 23 | | | | Tampa Bay Times Newspaper article from May 17, 2017 |
| 24.1 | 08/22/17 | 08/22/17 | Michael Donovan | Clip #1 of November 2016 Interview |
| 24.1T | 08/22/17 | 08/22/17 | Michael Donovan | Transcript of clip #1 November 2016 Interview |
| 24.2 | 08/22/17 | 08/22/17 | Michael Donovan | Clip #2 of November 2016 Interview |
| 24.2T | 08/22/17 | 08/22/17 | Michael Donovan | Transcript of clip #2 November 2016 Interview |
| 24.3 | 08/22/17 | 08/22/17 | Michael Donovan | Clip #3 of November 2016 interview |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 24.3T | 08/22/17 | 08/22/17 | Michael Donovan | Transcript of clip #3 of November 2016 interview |
| 25 | 08/23/17 | 08/23/17 | Zachary Self | Mail to Jason Springer dated July 23, 2017 |
| 26 | 08/21/17 | 08/21/17 | ---------------- | Passport Application |
| 27 | 08/21/17 | 08/21/17 | ---------------- | Certified documents from Middle District of Florida Case No. 8:13-cr-00396 (Barton) |
| 28 | 08/21/17 | 08/21/17 | Cliff Faulkingham | Hernando County Jail call log |
| 29 | | | | United States Department of State Country Reports excerpts |
| 30 | 08/22/17 | 08/22/17 | Marc Cognetti | Chart of inmate housing at Pinellas County Jail |
| 31 | 08/21/17 | 08/21/17 | Zachary Self | Photo of T. Anderson |
| 32 | 08/21/17 | 08/21/17 | Zachary Self | Photo of R. Barton |
| 33 | 08/21/17 | 08/21/17 | Zachary Self | Photo of D. Sleigh |
| 34 | 08/21/17 | 08/21/17 | Zachary Self | Photo of M. Taylor |
| 35 | 08/21/17 | 08/21/17 | Zachary Self | Photo of D. White |
| 101 | | | | Complete January 4, 2017 recorded jail call from Pinellas County Jail |
| 101T | | | | Transcript of complete January 4, 2017 recorded jail call from Pinellas County Jail |
| 102 | | | | Complete March 7, 2017 Interview |
| 102T | | | | Transcript of Complete March 7, 2017 Interview |
| 103 | | | | Complete November 2016 Interview |
| 103T | | | | Transcript of complete November 2016 Interview |
| 104 | | | | Extraction report for carved strings from iPhone assigned telephone number 813-947-0709 |