UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 8:17-cr-174-T-27MAP

JASON JEROME SPRINGER

## VERDICT

### Count One of the Indictment

As to the offense of threatening a United States judge, in violation of Title 18, United States Code, Section 115(a)(1)(B),

We, the Jury, find the defendant, Jason Jerome Springer:

Guilty _____     Not Guilty \_\_\_\_X_____

### Count Two of the Indictment

As to the offense of endeavoring to obstruct justice, in violation of Title 18, United States Code, Section 1503,

We, the Jury, find the defendant, Jason Jerome Springer:

Guilty \_\_\_\_X_____     Not Guilty _____

1

## Count Three of the Indictment

As to the offense of attempted witness tampering, in violation of Title 18, United States Code, Section 1512(b)(1),

We, the Jury, find the defendant, Jason Jerome Springer:

Guilty __X__          Not Guilty _____

SO SAY WE ALL, this __24__ day of August, 2017.

_Rebecca Arnold_
FOREPERSON